# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2453 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 182 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 84132 |
| | : | |
| JAMIE RAY-LEONETTI, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 19th day of March, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Jamie Ray-Leonetti is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. She shall comply with all the provisions of Pa.R.D.E. 217.

   Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.